THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In the Matter
 of the Care and Treatment of Denny R.  Bates, Appellant.
 
 
 
 

Appeal From Dorchester County
 Diane Schafer Goodstein, Circuit Court
Judge
Roger M. Young, Circuit Court Judge

Unpublished Opinion No. 2011-UP-034   
 Submitted January 1, 2011  Filed February
1, 2011

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General Deborah R.J. Shupe, all of Columbia,
 for Respondent.
 
 
 

PER CURIAM: Denny R. Bates appeals his commitment to
 the South Carolina Department of Mental Health for treatment under the Sexually
 Violent Predator Act, arguing the trial court erred in accepting his voluntary
 commitment after he informed the court that the jail where he was currently
 housed was "absolutely torture."  After
 a thorough review of the record and counsel's brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL
 DISMISSED.
HUFF and
 LOCKEMY, JJ., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.